**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street
Suite 900
Philadelphia, PA 19106

*Plaintiff*,

v. Civ. No. 26-cv-1704

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
245 Murray Lane, SW, Mail Stop 0485,
Washington, DC 20528-0485,

and

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

*Defendants.*

**NOTICE OF ERRATA**

Pursuant to the Notice issued today by the Clerk, Plaintiff includes the residence address of the Plaintiff in the caption of the Complaint and has inserted /s/ to designate an electronic signature of counsel. A corrected version is attached.

Dated: May 20, 2026

Respectfully submitted,

*/s/Jeffrey S. Gutman*
Jeffrey S. Gutman, PLLC
(D.C. Bar No. 416954)
1712 Hobart St., N.W.
Washington, D.C. 20009
(202) 631-5129

jsgutmandc@gmail.com

*Counsel for Plaintiff*