SecureRelease™ Portal

Request Number: 2026-ICFO-15800

**Details of Request**

(Read only details of request)

CANCEL

**Request Description:** This request is prompted by public statements attributed to "Border Czar" Tom Homan describing intent to "create a database" of people "arrested for interference, impeding, and assault" related to ICE operations and to "make them famous," including by distributing identifying information such as faces/names. (See Tom Homan, Remarks on FNC's The Ingraham Angle (Jan. 16, 2026), reprinted in Homan: We're Going To Create A Database Of ICE Protesters, Make Them Famous And Inform Their Employers, RealClearPolitics (Jan. 16, 2026), https://www.realclearpolitics.com/video/2026/01/16/homan_were_going_to_create_a_database_of_ice_protesters_make_them_famous_and_inform_their_employers.html). ICE activity that ICE would put her face in such a database. (See Brian Allen (@allenanalysis), X (Jan. 23, 2026 10:46 AM), https://x.com/allenanalysis/status/2014726554622816585 [https://perma.cc/AC32-QS82]). See also Jeff Winter and Priscilla Alvarez, " Alex Pretti Broke Rib in Confrontation with Federal Agents a Week Before Death, CNN, Jan. 27, 2026. https://www.cnn.com/2026/01/27/us/alex-pretti-protesters-minneapolis- invs. I request the following: 1. The database, spreadsheet or list described by Mr. Homan. Hereinafter, this will be referred to as the "database." 2. All records extracted from the database distributed to any third party. Because Mr. Homan has stated that the Department intends to distribute information contained in the

**Fee Waiver Requested? :** Pending Decision

**Reason for Fee Waiver:** I request, under 6 CFR § 5.11(k), a waiver or reduction of fees for the following reasons: 1. Disclosure of the requested information is in the public interest because its disclosure would shed light on the operations or activities of the government. The requested information pertains specifically to conduct by ICE agents and ICE policies pertaining to expression and expressive conduct protected by the First Amendment. 2. Disclosure of the requested information would be likely to contribute significantly to public understanding of those operations or activities. Disclosure of the requested information would meaningfully inform the public about the Department's activities and operations. 3. Disclosure of the requested information will contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester. The requestor is a licensed attorney who practices First Amendment law. As such, the requestor will be able to effectively convey information to the public. Further, the requestor is a representative of the news media. The requester and his employer, the Foundation for Individual Rights and Expression, gather information of potential interest to a segment of the public, turn that information into distinct works (including through its news website, located at

EXHIBIT B

database to third parties, the persons listed in the database have no reasonable expectation of privacy. Therefore, do not redact the names of persons listed in the database or any personally identifiable information about them. To assist you in searching for the database, one search term to use is "Intel Collection Non Arrests." We do not suggest that you confine your search to that term; a broader search will be necessary and appropriate. PRODUCTION, SEGREGABILITY, AND WITHHOLDINGS: Please produce responsive records electronically. Please send the records to Adam Steinbaugh (adam@fire.org). If any portion of a record is exempt, please redact only the exempt material and release all reasonably segregable non-exempt portions. For each withholding, please produce a Vaughn Index. The index should describe each document or portion of each document that has been withheld and provide a detailed justification of the grounds for non-disclosure.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

https://thefire.org/news), and distribute that information to the public. The information requested here relates to information that is about current events or that would be of current interest to the public. The requestor's past publication record (in addition to FIRE's articles available at https://fire.org/news) is available at https://www.fire.org/news-archive?author=303. 4. The requested information is not primarily in the commercial interest of the requester. The requestor works for a nonprofit organization and the records are not sought for a commercial purpose.

**Expedited Processing?:** Pending Decision

**Reason for Expedited Processing:** I request that this request be expedited under 6 CFR § 5.5(e)(1)(ii) for the following reasons: 1. I certify the following to be true and correct: My organization is primarily engaged in disseminating information. The Foundation for Individual Rights and Expression (FIRE) maintains a news website at https://fire.org/news, through which its staff members regularly publish news stories and editorial content concerning the activities of governments, government officials, and other persons or organizations of public concern. I am a staff member of FIRE. I frequently write about matters involving the First Amendment and free expression, including on FIRE's website. See, e.g., https://www.fire.org/news-archive?author=303. A substantial component of my duties as a staff member of FIRE is to obtain information through public records requests, including through the Freedom of Information Act, which I or my colleagues then share through FIRE's website and social media channels. I also publish news and other information of public concern

via "X" (https://x.com/adamsteinbaugh) and "Bluesky" (https://bsky.app/profile/adamsteinb: 2. The requested information concerns an actual or alleged government activity, namely the federal government's maintenance of databases or lists utilized in enforcing immigration law. 3. The requested information extends beyond the public's right to know about government activity generally and instead has a particular value that would be lost if not processed on an expedited basis. The information pertains to a news story of public interest. There is an urgency to inform the public about these activities because they implicate current and ongoing protests, demonstrations, and other expressive activity protected by the First Amendment. Any delay in informing the public about government activities implicating protected expression will chill that expression, frustrating constitutional rights of the highest order. Examples of recent articles demonstrating the public's ongoing and current interest in this information include articles: a. https://www.kenklippenstein.com/p/i secret-watchlists-of-americans b. https://www.kenklippenstein.com/p/i making-list-of-anyone-who-films c. https://futurism.com/artificial-intelligence/ice-database-facial-scan d. https://www.cnn.com/2026/01/21/us cbp-cellphones-minnesota-mobile-fortify-invs e. https://www.404media.co/ice-is-using-a-new-facial-recognition-app-to-identify-people-leaked-emails-show/ f. https://www.newsweek.com/u-s-citizen-says-ice-agent-threatened-to-put-her-on-terror-watch-list-11416104 g. https://www.bostonglobe.com/2026/ protestor-domestic-terrorist/ h.

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 02/05/2026

**Request Status:** Initial Determination

**Identity Verification Status:** Not Requested by Agency

https://newrepublic.com/post/20575 agents-follow-protesters-home-maine-minnesota i. https://www.themirror.com/news/us-news/ice-agent-captured-adding-someone-1637817 j. https://www.newser.com/story/3825 agent-tells-observer-shes-going-on-domestic-terrorist-list.html

**Additional Information**

(Additional details or clarifications of request.)

**Request Designation:** Other (I am not requesting records about a person)

**Files uploaded by user**

Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
| --- | --- |
| No attachments to display | |

5 rows 0-0 of 0