UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*. | Civil Action No. 26-1704 (CKK) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, by undersigned counsel, respectfully move this Court to extend the time to respond to the Complaint in this Freedom of Information Act ("FOIA") case. Currently, Defendants' deadline to file their response is June 22, 2026. Defendants seek a 30-day extension of their filing deadline to July 22, 2026. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred on the relief requested in this motion; Plaintiff has not taken a position as of the time of this filing.

In keeping with the Order Establishing Procedures (ECF No. 4), Defendants state the following:

(i) There is good cause to grant the requested extension. Undersigned counsel has competing deadlines in a large docket of other cases, with eleven filings due in this and the coming week, and as a result requires additional time to confer with agency counsel and prepare an appropriate filing for this court. An agency counsel has been assigned to this matter, but, due to prescheduled leave, was unavailable from June

4 to June 12, and so requires additional time to consult with agency components in order to accurately respond to the Complaint.

(ii) No previous extensions have been requested by or granted to either party in this matter.

(iii) There are no other previously set deadlines that will be affected by the requested extension.

(iv) There are no affected deadlines to reschedule.

(v) As required by Local Rule 7(m), undersigned counsel contacted Plaintiff's counsel via telephone during regular business hours on June 15, 2026, and was advised by Plaintiff's counsel that it was uncertain if Plaintiff could provide a position the same day. To remain in compliance with the Order Establishing Procedures, which requires that motions for extensions of time be filed at least four business days prior to the first affected deadline, undersigned counsel files this motion now. Undersigned counsel will file a notice with the Court if he receives a position on the requested relief from Plaintiff.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested. This is Defendant's first motion to extend the time to respond to the Complaint. A proposed order is attached.

* * *

Dated: June 15, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1704 (CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall file their response to the Complaint on or before July 22, 2026.

SO ORDERED:

Dated: ________________

______________________________
COLLEEN KOLLAR-KOTELLY
United States District Judge