**Request Description:** This request is prompted by public statements attributed to “Border Czar” Tom Homan describing intent to “create a database” of people arrested for interference, impeding, and assault related to ICE operations and to “make them famous,” including by distributing identifying information such as faces/names. (See Tom Homan, Remarks on FNC’s The Ingraham Angle (Jan. 16, 2026), reprinted in Homan: We’re Going To Create A Database Of ICE Protesters, Make Them Famous And Inform Their Employers, RealClearPolitics (Jan. 16, 2026),
https://www.realclearpolitics.com/video/2026/01/16/homan_were_going_to_create_a_database_of_ice_protesters_make_them_famous_and_inform_their_employers.html). Additionally, on or around January 22, 2026, an ICE agent in Maine told a civilian who filmed ICE activity that ICE would put her face in such a database. (See Brian Allen (@allenanalysis), X (Jan. 23, 2026 10:46 AM),
https://x.com/allenanalysis/status/2014726554622816585 [https://perma.cc/AC32-QS82]). I request the following categories of records: 1. Any records generated on or after January 1, 2025, describing the existence, purpose, or policies pertaining (a) to any database referenced by Homan’s comments or the ICE agent’s comments, described above; (b) any of the following databases: Bluekey, Grapevine, Hummingbird, Reaper, Sandcastle, Sienna, Slipstream, or Sparta; or (c) the use of “Mobile Fortify” by ICE agents operating in the field (as opposed to at the border). 2. Any COMMUNICATIONS (defined below) on or after January 1, 2025, to or from ICE LEADERSHIP (defined below) or the ICE COMMUNICATIONS TEAM (defined below) mentioning any database mentioned in (1) above or mentioning “facial recognition.” COMMUNICATIONS means and includes emails, text messages, direct messages sent via social media (but not including comments or messages posted for public view), letters, memoranda, calendar entries, chats, or any other form of one-to-one or one-to-many communication. Please note that this request seeks public records wherever they may be found, including on devices or networks owned or operated by private parties. For example, if an employee uses a personal cell phone or social media account to conduct public business, records created, maintained, or held on the phone or account are public records subject to this request. ICE LEADERSHIP means the Director (or Senior Official Performing the Duties of the Director), the Deputy Director, the Chief of Staff, the Executive Associate Director for Enforcement and Removal Operations, the Executive Associate Director for Homeland Security Investigations, or the Principal Legal Advisor, or any person in an "Acting" capacity for any of these roles. ICE COMMUNICATIONS TEAM means any person employed within the Washington, D.C., headquarters of the U.S. Immigration and Customs Enforcement Office of Public Affairs, and any person serving as an ICE field public affairs officer in Minnesota or Maine.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 01/28/2026

**Request Status:** Initial Determination

**Identity Verification Status:** Not Requested by Agency

EXHIBIT
A

**Fee Waiver Requested? :** Pending Decision



**Reason for Fee Waiver:** I request, under 6 CFR § 5.11(k), a waiver or reduction of fees for the following reasons: 1. Disclosure of the requested information is in the public interest because its disclosure would shed light on the operations or activities of the government. The requested information pertains specifically to conduct by ICE agents and ICE policies pertaining to expression and expressive conduct protected by the First Amendment. 2. Disclosure of the requested information would be likely to contribute significantly to public understanding of those operations or activities. Disclosure of the requested information would meaningfully inform the public about the Department's activities and operations. 3. Disclosure of the requested information will contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester. The requestor is a licensed attorney who practices First Amendment law. As such, the requestor will be able to effectively convey information to the public. Further, the requestor is a representative of the news media. The requestor and his employer, the Foundation for Individual Rights and Expression, gather information of potential interest to a segment of the public, turns that information into distinct works (including through its news website, located at https://thefire.org/news), and distributes that information to the public. The information requested here relates to information that is about current events or that would be of current interest to the public. The requestor's past publication record (in addition to FIRE's articles available at https://fire.org/news) is available at https://www.fire.org/news-archive?author=303. 4. The requested information is not primarily in the commercial interest of the requester. The requestor works for a nonprofit organization and the records are not sought for a commercial purpose.

**Expedited Processing?:** Pending Decision

**Reason for Expedited Processing:** I request that this request be expedited under 6 CFR § 5.5(e)(1)(ii) for the following reasons: 1. I certify the following to be true and correct: My organization is primarily engaged in disseminating information. The Foundation for Individual Rights and Expression (FIRE) maintains a news website at https://fire.org/news, through which its staff members regularly publish news stories and editorial content concerning the activities of governments, government officials, and other persons or organizations of public concern. I am a staff member of FIRE. I frequently write about matters involving the First Amendment and free expression, including on FIRE's website. See, e.g., https://www.fire.org/news-archive?author=303. A substantial component of my duties as a staff member of FIRE is to obtain information through public records requests, including through the Freedom of Information Act, which I or my colleagues then share through FIRE's website and social media channels. I also publish news and other information of public concern via "X" (https://x.com/adamsteinbaugh) and "Bluesky" (https://bsky.app/profile/adamsteinbaugh.bsky.social). 2. The requested information concerns an actual or alleged government activity, namely the federal government's maintenance of databases or lists utilized in enforcing immigration law. 3. The requested information extends beyond the public's right to know about government activity generally and instead has a particular value that would be lost if not processed on an expedited basis. The information pertains to a news story of public interest. There is an urgency to inform the public about these activities because they implicate current and ongoing protests, demonstrations, and other expressive activity protected by the First Amendment. Any delay in informing the public about government activities implicating protected expression will chill that expression, frustrating constitutional rights of the highest order. Examples of recent articles demonstrating the public's ongoing and current interest in this information include articles: a. https://www.kenklippenstein.com/p/ices-secret-watchlists-of-americans b. https://www.kenklippenstein.com/p/ice-making-list-of-anyone-who-films c. https://futurism.com/artificial-intelligence/ice-database-facial-scan d. https://www.cnn.com/2026/01/21/us/ice-cbp-cellphones-minnesota-mobile-fortify-invs e. https://www.404media.co/ice-is-using-a-new-facial-recognition-app-to-identify-people-leaked-emails-show/ f. https://www.newsweek.com/u-s-citizen-says-ice-agent-threatened-to-put-her-on-terror-watch-list-11416104 g. https://www.bostonglobe.com/2026/01/28/metro/ice-protestor-domestic-terrorist/ h. https://newrepublic.com/post/205759/ice-agents-follow-protesters-home-maine-minnesota i. https://www.themirror.com/news/us-news/ice-agent-captured-adding-someone-1637817 j. https://www.newser.com/story/382516/ice-agent-tells-observer-shes-going-on-domestic-terrorist-list.html